1  ROBERT C. CECCON (Bar No. 115496)
   rceccon@rwglaw.com
2  JENNIFER PETRUSIS (Bar No. 235144)
   jpetrusis@rwglaw.com
3  RICHARDS, WATSON & GERSHON
   A Professional Corporation
4  355 South Grand Avenue, 40th Floor
   Los Angeles, California 90071-3101
5  Telephone: 213.626.8484
   Facsimile: 213.626.0078
6
   Attorneys for Defendants,
7  CITY OF BREA and
   DETECTIVE SHAWN NEEL
8

**JS-6**

9          UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA

11

12  RICHARD A. COLLENDER and YEN       Case No. SACV 11-00530 AG (MLGx)
    P. COLLENDER, individually and as
13  successors-in-interest of JULIAN     Honorable Andrew J. Guilford
    STANLEY COLLENDER,
14                                       Complaint Filed: April 6, 2011
              Plaintiffs,
15      v.
                                         **JUDGMENT ON JURY VERDICT**
16  CITY OF BREA, a local public entity,
    DETECTIVES SHAWN NEEL, DAVID
17  DICKINSON, BRIAN PARKER AND
    AUSTIN PHILLIPS AND OFFICERS
18  JESSE GARDUNA, LAMARRA
    TINNIN AND DARNESHA
19  MONTGOMERY, individually, DOES
    1-10, individually,
20
              Defendants.
21

22

23      This action came on regularly for trial on February 26, 2016, in Courtroom

24  10D of the United States District Court for the Central District of California in Santa

25  Ana, California, the Honorable Andrew J. Guilford presiding.  Plaintiffs Richard A.

26  Collender and Yen P. Collender were represented by Dale K. Galipo of the Law

27  Offices of Dale K. Galipo and by Michael D. Seplow and Catherine E. Sweetser of

28  Schonbrun Seplow Harris & Hoffman, LLP.  Defendants City of Brea and Shawn

11222-0126\1944110v1.doc

1  Neel were represented by Robert C. Ceccon and Jennifer Petrusis of Richards

2  Watson & Gershon, APC.

3      Pursuant to the jury's verdict reached on March 10, 2016, it is hereby

4  ORDERED AND ADJUDGED as follows:

5      1.  Judgment is entered in favor of Defendants City of Brea and Shawn Neel

6         and against Plaintiffs Richard A. Collender and Yen P. Collender on all

7         causes of action that remained at the time of trial.

8      2.  The rights of the Defendants City of Brea and Shawn Neel to prevailing

9         party costs shall be determined by subsequent motions of the parties and

10        orders by this Court.

11

12 IT IS SO ORDERED.

13

14 DATED: ___April 5, 2016___

                  ANDREW J. GUILFORD

15                  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT ON JURY VERDICT

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

11222-0126\1944110v1.doc