Paul Hoffman (SBN 071244)
Michael D. Seplow (SBN 150183)
Catherine Sweetser (SBN 271142)
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Fax: (310) 399-7040

Dale K. Galipo (SBN 144074)
THE LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
dalekgalipo@yahoo.com

Attorneys for Plaintiffs
RICHARD A. COLLENDER
YEN P. COLLENDER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. COLLENDER and YEN P. COLLENDER, individually and as successors-in-interest of JULIAN STANLEY COLLENDER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BREA, a local public entity, DETECTIVES SHAWN NEEL, et al,<br><br>　　　　Defendants. | Case No. SACV 11-00530-AG(MLGx)<br><br>**STIPULATION RE WAIVER OF COSTS AND APPELLATE RIGHTS** |

　　　　Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

　　　　WHEREAS, on April 6, 2016, following a jury verdict in favor of Defendants, the Court entered judgment in favor of Defendants City of Brea and Shawn Neel;

WHEREAS, on May 4, 2016, Plaintiffs filed a motion for a new trial pursuant to FRCP 59, which was denied by the Court on June 14, 2016;

WHEREAS, on April 19, 2016, Defendants filed an application to tax costs, and on April 26, 2016, Plaintiffs filed an objection to Defendants' application to tax costs and on April 29, 2016, Defendants filed a response to Plaintiffs' opposition;

WHEREAS, the Court has yet to issue a ruling on Defendants' application to tax costs;

WHEREAS, the parties have agreed as follows: Plaintiffs will not file an appeal of the judgment or the order denying their motion for a new trial and in exchange, Defendants will withdraw their pending application to tax costs and will agree that Plaintiffs will not be liable for costs.

THEREFORE, IT IS HEREBY STIPULATED THAT:

1. Plaintiffs will not file any appeal in connection with this action, including but not limited to an appeal of either the judgment or the order denying their motion for a new trial.

2. Defendants will not seek costs against Plaintiffs.

3. Each side will bear its own costs and attorneys' fees.

///
///
///
///
///
///

Dated:  July 7, 2016

SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP

THE LAW OFFICES OF DALE K. GALIPO

By:  /s/Michael D. Seplow

Michael D. Seplow
Attorneys for Plaintiffs
Richard A. Collender and Yen Collender

Dated:  July 7, 2016

RICHARDS, WATSON & GERSHON
A Professional Corporation

By:

Robert C. Ceccon
Attorneys for Defendants
City Of Brea and Shawn Neel

STIPULATION RE WAIVER OF COSTS AND APPELLATE RIGHTS